UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | Case Number: 07-14323 |
| | Honorable: Denise Page Hood |
| | Magistrate: Steven D. Pepe |
| | Claim Number: 1999A20435 |
| KYLE JACKSON,<br>      Defendant, | |

| | |
|---|---|
| PAMELA S. RITTER<br>Attorney for Plaintiff<br>Holzman Ritter & Leduc PLLC.<br>28366 Franklin Road<br>Southfield, MI  48034<br>(248) 352-4340<br>usa@holzmanlaw.com<br>P47886 | KYLE JACKSON<br>In Pro Per Defendant<br>43433 Lancelot Drive<br>Canton, Michigan 48188 |

### ORDER FOR ENTRY OF CONSENT JUDGMENT WITH PARTIAL PAYMENT PROVISIONS

  Upon the stipulation of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, plaintiff herein,

  IT IS HEREBY ORDERED that Judgment is entered in favor the UNITED STATES OF AMERICA, and against KYLE JACKSON, in the principal amount of $1,643.55, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961 and costs of $350.00, for a total balance of **$5,916.74** owing as of October 24, 2007.

  IT IS FURTHER ORDERED that the Defendant, KYLE JACKSON, may satisfy said Judgment by making monthly payments of $75.00 beginning December 15, 2007.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

Dated: November 20, 2007              S/ DENISE PAGE HOOD
                                      U.S. DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on November 20, 2007, by electronic and/or ordinary mail.

                                      s/William F. Lewis
                                      Case Manager